IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE UNDER
POOLING AND SERVICING AGREEMENT
DATED AS OF SEPTEMBER 1, 2006
SECURITIZED ASSET BACKED
RECEIVABLES LLC TRUST 2006-HE2
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2006-HE2

      PLAINTIFF     CASE NUMBER: 1:13-cv-999

       VS.       DISTRICT JUDGE: John A. Nordberg

ROY REED, CITY OF CHICAGO, A
MUNICIPAL CORPORATION, ROSANNA
REED,
    DEFENDANT(S).

## **MOTION TO DISMISS CASE**

  Plaintiff, WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee under POOLING AND SERVICING AGREEMENT Dated as of September 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2, by counsel, Julia M. Bochnowski of Burke, Costanza, & Carberry LLP, files the following Motion to Dismiss the Case without Prejudice, and states:

1. On February 7, 2013, Plaintiff filed its Complaint for Foreclosure.
2. Defendants accepted loan modification agreement.

  WHEREFORE, counsel for Plaintiff, WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee under POOLING AND SERVICING AGREEMENT Dated as of September 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2, respectfully requests that the Case be dismissed without prejudice, and for all other relief just and proper.

             Respectfully submitted,
             BURKE COSTANZA & CARBERRY LLP

             /s/ Phillip A. Pluister
             Phillip A. Pluister #26544-64
             225 W. Washington St., Ste. 2200
             Chicago, IL 60606  Phone: (219) 769-1313
             Attorneys for Plaintiff

{File: 00996499.DOC}