IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2

        PLAINTIFF

        VS.

ROY REED, CITY OF CHICAGO, A MUNICIPAL CORPORATION, ROSANNA REED,

        DEFENDANT(S).

CASE NUMBER: 1:13-cv-999

DISTRICT JUDGE: John A. Nordberg

## ORDER DISMISSING CASE

This matter is before the Court on Plaintiff's Motion to Dismiss Case, and the Court being duly advised in the premises, now GRANTS same. The case of WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee under POOLING AND SERVICING AGREEMENT Dated as of September 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2 is dismissed without prejudice.

Dated:_August 2, 2013

*John A. Nordberg*
Judge